No. 02–5683. GOOSBY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5687. CEMINCHUK v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–5690. BALLEW v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5691. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5692. WOOD v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–5693. ALLEY v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 02–5696. BROWN v. RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 02–5700. POWELL v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5702. MORENE v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5706. HERNANDEZ-ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5708. GONZALEZ GOMEZ, AKA GERMAN-CAMPOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5709. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5712. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5714. GONZALES v. MILES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–5715. BAILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.